UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Paaluhi, | Case No. 2:23-cv-01980-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| Nevada Department of Corrections, *et al.*, | |
| Defendants. | |

On November 30, 2023, Plaintiff Marcus Paaluhi paid the $402 filing fee to commence his Civil Rights Complaint under 42 U.S.C. § 1983. ECF No. 1. In his Complaint, Plaintiff alleges that his rights were violated while he was in custody of the Nevada Department of Corrections ("NDOC"). *Id.* According to NDOC inmate database, Plaintiff was paroled prior to filing his Complaint. As such, the screening requirements of 28 U.S.C. § 1915A do not apply to Plaintiff's Complaint. *See Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1284 (9th Cir. 2017) (holding "that a court may screen a complaint pursuant to 28 U.S.C. § 1915A only if, at the time the plaintiff files the complaint, he is 'incarcerated or detained'").

Accordingly, IT IS HEREBY ORDERED that the Court will not screen Plaintiff's Complaint (ECF No. 1) and this case will proceed in accordance with the standard litigation practices.

Dated this 9th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE