UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS PAALUHI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, a public entity, HIGH DESERT STATE PRISON, a public entity, Warden CALVIN JOHNSON, an individual, Associate Warden JAMES SCALLY, an individual, and DOES 1-15<br><br>Defendants. | Case No. 2:23-cv-01980-CDS-EJY<br><br>[Assigned to Judge Cristina D. Silva]<br><br>[PROPSED] ORDER ON MOTION REQUESTING THE COURT TO ENLARGE TIME TO SERVE DEFENDANT CALVIN JOHNSON.<br><br>Case Filing Date:     11/30/2023 |

Good cause appearing, IT IS ORDERED:

Plaintiff is provided a 60-day enlargement of time to serve Defendant Calvin Johnson from February 28, 2024 to April 28, 2024.

DATE: February 28, 2024     By: _____
**Honorable Elayna J. Youchah**
**United States Magistrate Judge**

---

**ORDER ON MOTION REQUESTING THE COURT TO ENLARGE TIME TO SERVE DEFENDANT CALVIN JOHNSON.**
-1-