COREY CARTER (CA # 269611) *(Pro Hac Vice)*
CARTER LAW FIRM, APC
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Tel: (323) 825 - 5529
Fax: (323) 450-2222
corey@themainstreetattorney.com
Attorney for Plaintiff

SHAWN R. PEREZ, ESQ., #164228
7121 West Craig Rd., #113-38
Las Vegas, NV 89129
Shawn711@msn.com
P: (949) 492-9545
F: (702) 442-7095
Attorney for Plaintiff

RUDOLF M. D'SILVA (Bar No. 16227)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
rdsilva@ag.nv.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS PAALUHI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Warden CALVIN JOHNSON, an individual, Associate Warden JAMES SCALLY, an individual, NICHOLAS PARSONS, and | CASE NO. 2:23-cv-01980-CDS-EJY<br>Judge: Cristina D. Silva<br><br>Action Filed: 11/30/2023<br><br>**STIPULATION REQUESTING THE COURT TO EXTEND DATES IN THE SCHEDULING ORDER [ECF 26]** |

| individual, DR. MICHAEL MINEV, and individual, and DOES 2, 3, and 5-15 | ([Proposed] Order filed concurrently herewith) |
|---|---|
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL COUNSEL OF RECORD:**

Plaintiff MARCUS PAALUHI, an individual ("Plaintiff") and Defendants Warden CALVIN JOHNSON, an individual, Associate Warden JAMES SCALLY, an individual, NICHOLAS PARSONS, and individual, DR. MICHAEL MINEV, and individual, and DOES 2, 3, and 5-15 (collectively "Defendants"), through their respective counsel of record, hereby respectfully submit the following joint stipulation requesting the Court to extend the scheduling order [ECF 26] pursuant to Rule 16(b)(4).

Good cause exists for grant of leave to extend the scheduling order for the following reasons:

WHEREAS, on Wednesday, October 30, 2024 at 2:00 PM, Plaintiff's Counsel and Defendants' Counsel engaged in their telephonic Rule 26 Conference.

WHEREAS, on November 13, 2024, the Parties prepared and filed their Joint Rule 26(f) report, as docket no.: 24.

WHEREAS, on January 17, 2025, Plaintiff filed a First Amended Complaint naming two additional defendants NICHOLAS PARSONS and DR. MICHAEL MINEV, as docket no.: 31.

WHEREAS, on March 5, 2025, Plaintiff served Defendants CALVIN JOHNSON, Associate Warden JAMES SCALLY, and NICHOLAS PARSONS with Requests for Production, Set 1.

WHEREAS, on March 31, 2025, at 9:30 a.m., Plaintiff's Counsel Corey Carter conferred with Mr. Rudolf D'Silva, Defendants' Counsel, via telephone regarding a request to extend Defendants responses to Set 1 Requests for Production

to May 5, 2025, and agreed to a stipulation to request the Court to extend the scheduling order.

DISCOVERY COMPLETED (LR 26-3(a))

On December 10, 2024, Plaintiff served his initial disclosures.

On February 7, 2025, Defendant NEVADA DEPARTMENT OF CORRECTIONS, Defendant CALVIN JOHNSON, and Defendant JAMES SCALLY served their initial disclosures.

On March 5, 2025, Plaintiff served Set 1 Requests for Production to Defendant CALVIN JOHNSON, and Defendant JAMES SCALLY, and Defendant NICHOLAS PARSONS.

Plaintiff is still awaiting Set 1 discovery responses from Defendants that was propounded on March 5, 2025.

No other discovery has been completed as of the date of this filing.

DISCOVERY NEEDED TO BE COMPLETED (LR 26-3(B))

Depositions of the parties, Plaintiff, Defendant CALVIN JOHNSON, Defendant JAMES SCALLY, Defendant NICHOLAS PARSONS, and Defendant DR. MICHAEL MINEV need to be completed. Deposition of third parties need to be completed. Documents need to be produced, including but not limited to Set 1 Requests for Production "ANY and ALL X-ray films taken of Plaintiff's right hand on 11/18/2021."

REASONS WHY THE DEADLINE WAS NOT SATISFIED OR THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN (LR 26-3(a))

The complaint was amended on January 17, 2025 to add new parties, Defendant NICHOLAS PARSONS, and Defendant DR. MICHAEL MINEV. Depositions have not been held yet.

PROPOSED REVISED SCHEDULE (LR 26-3(a))

a. The Discovery Cut-off deadline shall be moved from May 23, 2025 to November 24, 2025;

b. The Initial Expert Disclosure deadline shall be moved from June 18, 2025 to December 18, 2025;

c. The Rebuttal Expert Disclosure deadline shall be moved from July 2, 2025 to January 2, 2026; and

d. The Expert Discovery cut-off deadline shall be moved from July 16, 2025 to January 16, 2026.

THEREFORE, the Parties agree and stipulate to the following, subject to the Court's approval:

1. Good cause exists for the Court to extend the scheduling order.

2. The Court should extend the scheduling order, including the following related dates, by no less than by six (6) months:

a. The Discovery Cut-off deadline shall be moved from May 23, 2025 to November 24, 2025;

b. The Initial Expert Disclosure deadline shall be moved from June 18, 2025 to December 18, 2025;

c. The Rebuttal Expert Disclosure deadline shall be moved from July 2, 2025 to January 2, 2026; and

d. The Expert Discovery cut-off deadline shall be moved from July 16, 2025 to January 16, 2026.

IT IS HEREBY STIPULATED, by and between the Parties to this action through their attorneys of record:

Respectfully submitted,

DATED: April 25, 2025                     **CARTER LAW FIRM, APC**

|   |   |
|---|---|
|   | By  /s/ Corey Carter<br>Corey Carter<br>Attorneys for Plaintiff MARCUS PAALUHI, an individual |
| DATED: April 25, 2025 | **AARON D. FORD, ATTORNEY GENERAL**<br><br>By:  /s/ Rudolf M. D'Silva<br>RUDOLF M. D'SILVA<br>Deputy Attorney General<br>Attorneys for Defendants Warden CALVIN JOHNSON, an individual, Associate Warden JAMES SCALLY, an individual, NICHOLAS PARSONS, and individual, DR. MICHAEL MINEV |

## **ATTESTATION**

I, Corey A. Carter, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing

  /s/ Corey Carter
Corey A. Carter

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 28, 2025