AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov

*Attorneys for Defendant
Nicholas Parsons*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS PAALUHI,<br><br>        Plaintiff<br><br>v.<br><br>STATE OF NEVADA,<br><br>        Defendant | Case No. 2:23-cv-01980-CDS-EJY<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41** |

      Plaintiff Marcus Paaluhi, by and through counsel Corey Carter, and Shawn R. Perez, and Defendant Nicholas Parsons, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 9th day of January, 2026.

By: */s/ Corey Carter*
Corey Carter (CA #269611)
Shawn R. Perez (Bar No. 10421)
*Plaintiff's Attorneys*

DATED this 9th day of January, 2026.
AARON D. FORD
Attorney General

By: */s/ Rudolf M. D'Silva*
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: January 12, 2026

Page 1 of 1